HATHORN et al. v. NATURAL CARBONIC GAS CO. (Supreme Court, Appellate Division, Third Department. September 15, 1908.) Action by Emily H. Hathorn and another against the Natural Carbonic Gas Company. With this case has been consolidated in this court cases bearing titles as follows: People of the State of New York v. Natural Carbonic Gas Company. Same v. New York Carbonic Acid Gas Company. Same v. Geysers Natural Gas Company of Saratoga Springs, New York. Same v. Lincoln Spring Company. Same v. Harry M. Levengston.

PER CURIAM. Arguments set down for September 17th, at 3 p. m. Meantime stay of the enforcement of the injunction order vacated, with leave to the defendants upon the argument to apply for a further stay of the in-

junction order until the hearing and determination of the appeal. The stay of the enforcement of the injunction orders is vacated from 8 o'clock p. m. on the 15th day of September, upon condition that the defendants are permitted to post and keep upon the premises of the Hathorn Spring not to exceed two men at a time, as they may designate, during all the time until the argument of the appeal and the further order of the court. Such men to have the right to take measurements before the hour of 8 o'clock arrives. If such condition is not complied with, the defendants may apply orally upon the papers already presented to the court for a revivor of the stay of the injunction order, with the like privilege to the plaintiffs with reference to defendants' property. See 112 N. Y. Supp. 374.